Case 21-20162-GLT    Doc 31    Filed 04/27/21    Entered 04/27/21 16:48:19    Desc Main Document    Page 1 of 1

**\*FILING FEE PAID\*** (Yes) No

FILED
4/27/21 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Plummer, Kathleen**   JAD/TPA/CMB/(GLT)

Case Number: **21-20162**

Date of Meeting: **4 / 26 / 21**   Recording #: _____

Debtor(s) present ✓ or Not Present   ✓ No Payments Made or ___ partial payments)

Attorney for debtor(s) **Steidl, Julie**   (Present ✓ or Not Present ___)

Date of Plan at § 341: **3-30-21**   Applicable commitment period ✓ 3 yrs ___ 5 yrs

tax returns in progress

no payments

Cont. for payments and progress on sale

___

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD       ___ Order to Show Cause Requested
                           ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ___ 341 Meeting   OR   ✓ Conciliation Conf. OR ___ *Contested Hearing
   On **9-9-21**   at **10:08** am/pm Location _____

*Kate DeGenaro*
Chapter 13 Trustee/Attorney for Trustee