**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-20162-GLT |
| Kathleen M. Plummer | : Chapter 13 |
| Debtor | : |
| | : |
| | : |
| Towd Point Mortgage Trust 2016-4, U.S. Bank | : Doc. # _____ |
| National Association as Indenture Trustee c/o | : |
| Select Portfolio Servicing, Inc. | : Hearing Date/Time: 7/21/2021 at 09:30 AM |
| Movant | : |
| vs. | : Response Deadline: 06/25/2021 |
| Kathleen M. Plummer | : |
| | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENTS:

**You are hereby notified that the Movant seeks an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **06/25/2021** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and Motion to your lawyer at once.**

**A Video Conference Hearing** will be held on **07/21/2021** at **09:30 AM** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Mailing or other service: 06/08/2021         /s / Bradley J. Osborne, Esquire
                                                     Bradley J. Osborne, Esquire
                                                     Hladik, Onorato & Federman, LLP
                                                     Attorney I.D. # 312169
                                                     298 Wissahickon Avenue
                                                     North Wales, PA 19454
                                                     Phone 215-855-9521
                                                     Email: bosborne@hoflawgroup.com