# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-20162-GLT |
| Kathleen M. Plummer | : Chapter 13 |
| Debtor | : |
| | : |
| | : |
| Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. | : Doc. # 36 |
| | : |
| | : Hearing Date/Time: 07/21/2021 at 09:30 AM |
| Movant | : |
| vs. | : Response Deadline: 06/25/2021 |
| Kathleen M. Plummer | : |
| | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## ORDER

AND NOW this _____ day of _____, 2021, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is:

ORDERED that the above-captioned Motion is granted insofar as it requests Relief from the Automatic Stay imposed by 11 U.S.C. § 362.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certificate of Service.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-20162-GLT |
| Kathleen M. Plummer | : Chapter 13 |
| Debtor | : |
| | : |
| | : |
| Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. | : Doc. # 36 |
| | : |
| | : Hearing Date/Time: 07/21/2021 at 09:30 AM |
| Movant | : |
| vs. | : Response Deadline: 06/25/2021 |
| Kathleen M. Plummer | : |
| | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATION OF NO OBJECTION TO MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**

    I, Bradley J. Osborne, Esquire, counsel for Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Automatic Stay has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Respectfully Submitted,

Date: 07/08/2021

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-20162-GLT |
| Kathleen M. Plummer | : Chapter 13 |
| Debtor | : |
| | : |
| | : |
| Towd Point Mortgage Trust 2016-4, U.S. Bank | : Doc. # 36 |
| National Association as Indenture Trustee c/o | : |
| Select Portfolio Servicing, Inc. | : Hearing Date/Time: 07/21/2021 at 09:30 AM |
| Movant | : |
| vs. | : Response Deadline: 06/25/2021 |
| Kathleen M. Plummer | : |
| | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

    I, Bradley J. Osborne, Esq., certify under penalty of perjury that I served the above captioned pleading, Certification of No Objection to Motion for Relief from Automatic Stay, on the parties at the addresses shown on **07/08/2021**.

The types of service made on the parties were: Electronic Notification and First-Class Mail.

Kenneth Steidl, Esquire
Via ECF:
Julie.steidl@steidl-steinberg.com
*Attorney for Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Katheen M. Plummer
121 Pius Street
Pittsburgh, PA 15203
Via First Class Mail
*Debtor*

                                        /s / Bradley J. Osborne, Esquire
                                        Bradley J. Osborne, Esquire
                                        Hladik, Onorato & Federman, LLP
                                        Attorney I.D. # 312169
                                        298 Wissahickon Avenue
                                        North Wales, PA 19454
                                        Phone 215-855-9521
                                        Email: bosborne@hoflawgroup.com