Case 21-20162-GLT    Doc 43    Filed 07/21/21    Entered 07/21/21 17:03:23    Desc Main
Document    Page 1 of 1

FILED
7/21/21 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 21-20162-GLT | |
| | : | Chapter: | 13 | |
| Kathleen M. Plummer | : | | | |
| | : | | | |
| | : | Date: | 7/21/2021 | |
| Debtor(s). | : | Time: | 09:30 | |

## PROCEEDING MEMO

**MATTER:**   #35 Motion for Relief from Automatic Stay re: 121 Pius Street, Pittsburgh, PA 15203 filed by Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
         #42 CNO Filed

**APPEARANCES**:
         Debtor:      Chris Frye
         Trustee:     James Warmbrodt
         Towd Point:  No appearance

**NOTES:** (9:34)

Court:  This matter was self-scheduled, so I do not know why Towd Point did not enter an appearance.  I do have questions about the motion though and why there was no opposition to it because there is significant equity in the property.

Frye:  We didn't have good grounds for a response, the plan was to sell the property but our client has been pretty uncommunicative and they haven't made a single plan payment.

Court: It's your understanding that there's more than $90,000 in equity?

Frye: Yes.

Warmbrodt: We should have moved to convert to chapter 7.

Court: I will deny the motion and grant the trustee time to file a motion to convert.

**OUTCOME:**

1. Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.'s *Motion for Relief from Automatic Stay re: 121 Pius Street, Pittsburgh, PA 15203* [Dkt. No. 35] is DENIED for failure to prosecute. The chapter 13 trustee is granted leave to file a motion to convert within 7 days. [Text Order to Issue]

**DATED:**  7/21/2021