FILED
8/19/21 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20162-GLT |
| | : | Chapter: | 13 |
| Kathleen M. Plummer | : | | |
| | : | | |
| | : | Date: | 8/18/2021 |
| *Debtor(s).* | : | Time: | 01:00 |

## PROCEEDING MEMO

**MATTER:**  #45 Motion to Convert Case from Chapter 13 to Chapter 7
            #48 Response filed by Debtor

**APPEARANCES**:
          Debtor:    Lauren Lamb (Debtor present)
          Trustee:   Owen Katz

**NOTES:** (1:43)

Katz:  We are 7 months in without any plan payments, the arrears through August are about $11,000.   There is substantial equity in real estate that would ensure a 100% distribution to creditors.   It would be in the best interest of creditors to convert.

Lamb: Ms. Plummer is working on getting re-financing that would bring the 18th St property current and would satisfy the mortgage on the Pius St property.   We could then continue in chapter 13 with monthly payments that are more affordable.

Court: Why haven't payments been made?

Ms. Plummer: The payments are more than my income.

Court: Are you currently employed?

Ms. Plummer: I have a part time job with the Commonwealth, Pa LCB.

Katz: We're past the bar date.   The unsecured claims are less than $3,000.

Court: Ms. Plummer, are you considering a refinance that would bring the 18th St property current, pay off the Pius St property, and pay off the $3,000 in unsecured claims?

Ms. Plummer: Yes.

Katz: The $3,000 number is only general unsecureds, there's also an IRS claim of $7,600.

Court:  Ms. Plummer, when in chapter 13, creditors need to be paid the same amount as they would if you were in chapter 7.   Where are you in the refinance process?

Ms. Plummer: I've been in touch multiple times and he assures me I'll be approved.   I may sell the 18th St property in order to satisfy everything.

Court: What lender are you dealing with?

Ms. Plummer: Rapid Merchant Capital.    The 18th St property needs some work, but I've had 100-150 people approach me about buying it. I don't want to let it go for less than it's worth.   I received one offer, but only for $60,000.

Court: How much time are you looking for?

Ms. Plummer: 30 days to fix up the property, find a broker, and secure funding.

Court: There are some grounds to convert the case, but I'm prepared to provide a 30 day window.   I will enter a conversion order but stay the effective date pending the debtor's efforts to refurbish and sell the 18th St property and to refinance the Pius St property.

**OUTCOME:**

1. Trustee's *Motion to Convert Case from Chapter 13 to Chapter 7*  [Dkt. N. 45] is GRANTED [Chambers to Issue]

**DATED:**  8/18/2021