FILED
8/19/21 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Kathleen M. Plummer, | : | Case No. 21-20162-GLT |
| | : | Chapter 13 |
| *Debtor.* | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document #22 and 43 |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| | : | |
| Kathleen M. Plummer | | |
| *Respondent.* | | **ORDER OF COURT** |

**AND NOW**, this 19th day of August, 2021, upon consideration of the foregoing Chapter 13 Trustee's *Motion to Convert Case to Chapter 7*, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the *Motion* is **GRANTED**. However, conversion is **STAYED** pending the Debtor's good-faith efforts to promptly refinance the property located at 121 Pius St. Pittsburgh, PA 15203 and refurbish and retain a broker to sell the property located at 1938 18th Street, Pittsburgh, PA 15203; or in the alternative, commence plan payments and cure the existing plan arrears. On or before **September 30, 2021**, the Debtor shall file a status report outlining all progress made to refurbish, sell, or refinance any of her properties.

In the event the Debtor's status report does not reflect sufficient progress, the stay of conversion referenced in the preceding paragraph may be vacated without further notice or hearing on the first business day following the filing of an affidavit of continuing default.

_____
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20162-GLT |
| Kathleen M. Plummer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen M. Plummer, 121 Pius St., Pittsburgh, PA 15203-1618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Kathleen M. Plummer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7