FILED
2/23/22 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Kathleen M. Plummer | Case No. 21-20162-GLT |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee | |
| Movant(s) | Related to Dkt. 52, 56, 58 |
| vs. | Hearing: March 9, 2022 at 10 a.m. |
| Kathleen M. Plummer | |
| Respondent(s) | |

## DEFAULT ORDER

AND NOW, this 23rd day of February 2022, upon consideration of the foregoing CHAPTER 13 TRUSTEE'S MOTION TO ENFORCE ORDER [Dkt. No. 52], it is hereby ORDERED the stay at Dkt. No. 52 is lifted and the case is converted to Chapter 7. The Court will issue the conversion order.

Prepared by: Owen Katz, Esq.

**DEFAULT ENTRY**

Dated: February 23, 2022

_____
Gregory L. Addonio     jah
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20162-GLT |
| Kathleen M. Plummer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kathleen M. Plummer, 121 Pius St., Pittsburgh, PA 15203-1618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Kathleen M. Plummer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Feb 23, 2022     Form ID: pdf900     Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7