IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 21-20162 GLT |
| Kathleen M. Plummer, ) | Chapter 7 |
| *Debtor* ) | Docket No. |
| ) | |
| Kathleen M. Plummer, ) | |
| *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| Bayview Loan Servicing, Pittsburgh Water & ) | |
| Sewage Authority, and Select Portfolio Servicing, ) | |
| *Respondents* ) | |

**STATEMENT OF INTENTIONS REGARDING SECURED CREDITORS**

AND NOW, comes the debtor, Kathleen M. Plummer, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. Attached is the debtor's statement of intentions regarding secured creditors.

WHEREFORE, the debtor, Kathleen M. Plummer, respectfully file this Statement of Intentions Regarding Secured Creditors.

Respectfully submitted,

March 10, 2022          /s/ Kenneth Steidl
DATE                     Kenneth Steidl, Esquire
                         Attorney for the Debtors
                         Suite 2830 – Gulf Tower
                         707 Grant Street
                         Pittsburgh, PA  15219
                         PA I. D. No.  34965
                         Ken.steidl@steidl-steinberg.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Kathleen M. Plummer** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number | 21-20162 | |
| (if known) | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bayview Loan Servicing, LLC** <br><br> Description of property securing debt: **Real estate at 1938 South 18th St., Pittsburgh, PA 15203 (Monthly payment is $350.00 incl escrow; arrears are $6,000.00)** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Pittsburgh Water & Sewage Authority** <br><br> Description of property securing debt: **121 Pius St. Pittsburgh, PA 15203 Allegheny County Debtor acquired the property by deed in 1995. Market value determined by appraisal performed by mortgage servicer in 2020.** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |

| Debtor 1 | Kathleen M. Plummer | | Case number (*if known*) | 21-20162 |
|---|---|---|---|---|

| Creditor's name: | **Select Portfolio Servicing** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 121 Pius St. Pittsburgh, PA 15203  Allegheny County Debtor acquired the property by deed in 1995. Market value determined by appraisal performed by mortgage servicer in 2020. | | |

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X   **/s/ Kathleen M. Plummer**
    **Kathleen M. Plummer**
    Signature of Debtor 1

X  _____
    Signature of Debtor 2

Date   **March 10, 2022**

Date   _____