# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 21-20162-GLT |
|     Kathleen M. Plummer | : Chapter 7 |
|         Debtor | : |
| | : |
| | : |
| Towd Point Mortgage Trust 2016-4, U.S. Bank | : Doc. # 76, 78 |
| National Association as Indenture Trustee c/o | : |
| Select Portfolio Servicing, Inc. | : Hearing Date/Time: 04/21/2022 at 10:00am |
|         Movant | : |
|     vs. | : Response Deadline: 04/04/2022 |
| Kathleen M. Plummer | : |
| | : |
|     and | : |
| Natalie Lutz Cardiello, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATION OF SERVICE OF MOTION,
NOTICE OF HEARING & RESPONSE DEADLINE, AND PROPOSED ORDER**

    I, Karina Velter, attorney for the Movant, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on the date set forth below, upon the following:

Kenneth Steidl, Esquire  
Via ECF  
*Attorney for Debtors*

Natalie Lutz Cardiello, Esquire  
Via ECF  
*Trustee*

Kathleen M. Plummer  
121 Pius St.  
Pittsburgh, PA 15203  
Via First Class Mail  
*Debtor*

HLADIK, ONORATO & FEDERMAN, LLP

Date: 03/16/2022

/s / Karina Velter, Esquire  
    Karina Velter, Esquire  
    Hladik, Onorato & Federman, LLP  
    Attorney I.D. # 94781  
    298 Wissahickon Avenue  
    North Wales, PA 19454  
    Phone 215-855-9521  
    Fax 215-855-9121