**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-20162-GLT |
| | : | |
| KATHLEEN M. PLUMMER | : | Chapter 07 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**OF**
**ORDER EMPLOYING PROFESSIONAL FOR TRUSTEE**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on April 5, 2022.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com

Brian Nicholas on behalf of Creditor Community Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Bradley Joseph Osborne on behalf of Creditor Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth Steidl on behalf of Debtor Kathleen M. Plummer
julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Karina Velter on behalf of Creditor Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:**  April 6, 2022

                                                                               By:   */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE EXHIBIT C #2) NO ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BAYVIEW LOAN SERVICING<br>4425 PONCE DELEON BOULEVARD<br>CORAL GABLES FL 33146-1873 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | PENNSYLVANIA DEPT. OF REVENUE<br>DEPARTMENT 280946<br>P.O. BOX 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| TOWD POINT MORTGAGE TRUSTEE 2016-4 ET AL<br>C/O SELECT PORTFOLIO SERVICING INC<br>P.O. BOX 65250<br>SALT LAKE CITY UT 84165-0250 | COMMUNITY LOAN SERVICING LLC<br>ALDRIDGE PITE LLP<br>4375 JUTLAND DRIVE SUITE 200<br>P.O. BOX 17933<br>SAN DIEGO CA 92177-7921 | KATHLEEN M. PLUMMER<br>121 PIUS ST.<br>PITTSBURGH PA 15203-1618 |
| PEOPLES GAS COMPANY<br>P.O. BOX 644760<br>PITTSBURGH PA 15264-4760 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | DUQUESNE LIGHT COMPANY<br>411 SEVENTH AVENUE<br>PITTSBURGH PA 15219-1942 |
| KML LAW GROUP P.C.<br>MELLON INDEPENDENCE CENTER SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1541 | PITTSBURGH WATER & SEWAGE AUTHORITY<br>1200 PENN AVENUE<br>PITTSBURGH PA 15222-4216 | |