**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/21/22 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20162-GLT |
| | : | Chapter: | 7 |
| Kathleen M. Plummer | : | | |
| | : | | |
| | : | Date: | 4/21/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**
#76 Motion for Relief from the Automatic Stay filed by Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
    #82 Response by Trustee Cardiello

**APPEARANCES**:

    Trustee:    Natalie Lutz Cardiello
    Towd Point:    No Appearance

**NOTES:** [10:0 a.m.]

Cardiello: I believe counsel for Towd had a scheduling conflict. I think we have an agreement, but we will need some time.

Court: I will continue this matter to May 12, 2022 at 10 a.m.

**OUTCOME:**

1. The *Motion for Relief from the Automatic Stay filed by Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.* [Dkt. No. 70] is CONTINUED to May 12, 2022 at 10 a.m. [Text Order].

**DATED:** 4/21/2022