## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-20162-GLT |
| KATHLEEN M. PLUMMER | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee<br>Movant | : | |
| v. | : | |
| KATHLEEN M. PLUMMER<br>Respondents | : | |

## CERTIFICATE OF SERVICE
of
Trustee's Motion Requesting Status Conference
and
Order Setting Status Conference

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on May 18, 2022.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail and email.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by First Class Mail**

Kathleen M. Plummer
121 Pius St.
Pittsburgh, PA 15203

**Service by Email**

Kenneth Steidl, Esquire
ken.steidl@steidl-steinberg.com

**EXECUTED ON:** May 18, 2022

By: */s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043