# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/9/22 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 21-20162-GLT |
| | : | Chapter: 7 |
| Kathleen M. Plummer | : | |
| | : | |
| | : | Date: 6/9/2022 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #97 Status Conference Requested by Chaper 7 Trustee, Natalie Lutz Cardiello

**APPEARANCES**:
    Debtor: Abagale Steidl, Kathleen Plummer
    Trustee: Natalie Lutz Cardiello

**NOTES:** [10:13 a.m.]

Cardiello: I would like to hear what Ms. Plummer would like to do.

Steidl: I have nothing to add.

Court: As I understand it, the trustee is attempting to liquidate the estate. You then filed a statement of intention to surrender the property.

Plummer: I'm confused with the surrendering of the property. I never filed the statement of intention.

Court: The statement was filed on March 10

Plummer: I did not sign anything that referenced a surrendering of the property.

Court: The root issue is that you need to sell a property. Why are you not cooperating with the trustee?

Plummer: I've been trying to sell the property on my own. I continue to have interest in it.

Court: Until the trustee procures her own buyer, you're free to make your own sale attempts. But you can't interfere with the trustee. These cases aren't meant to languish.

Plummer: I need to know the lowest amount I can accept. I've had a number of low offers that I've received.

Court: The trustee and your counsel can give you greater clarity on that. I need to see progress in this case, specifically through the trustee.

Steidl: Part of the problem here is that she made no payments during the one year she was in the chapter 13.

Court: Can you walk me through the process of the filing of the statement of intent?

Steidl: I cannot personally speak to it, but I can file something that explains how we file it.

Cardiello: Ms. Plummer has not contacted my realtor-Kevin Shaner (412-576-5689).

Plummer: I did not receive any requests to reach out to the trustee's realtor. I can be reached at (412) 580-9335 or via email (kpfastkat@aol.com or kplummer815@gmail.com).

Court: I do want to see a copy of the statement of intent with the wet signature. I will conclude the status conference.

**OUTCOME:**

1. The *Status Conference Requested by Chaper 7 Trustee, Natalie Lutz Cardiello* [Dkt. No. 97] is CONCLUDED. [Text Order].

**DATED:** 6/9/2022