### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20162-GLT |
| | : | |
| KATHLEEN M. PLUMMER | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| KATHLEEN M. PLUMMER | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE
### of
### Notice of Hearing and Response Deadline
### And
### Motion to Dismiss with Prejudice

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on <u>June 29, 2022</u>.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>first class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**Service by Electronic Notification**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com

Brian Nicholas on behalf of Creditor Community Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Bradley Joseph Osborne on behalf of Creditor Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth Steidl on behalf of Debtor Kathleen M. Plummer
julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Karina Velter on behalf of Creditor Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

**Service by First Class Mail**

See attached list

**EXECUTED ON:** June 29, 2022

By:   /s/*Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL(D)/DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BAYVIEW LOAN SERVICING              COMMUNITY LOAN SERVICING LLC        DUQUESNE LIGHT COMPANY
4425 PONCE DELEON BOULEVARD         ALDRIDGE PITE LLP                   411 SEVENTH AVENUE
CORAL GABLES FL 33146-1873          4375 JUTLAND DRIVE SUITE 200        PITTSBURGH PA 15219-1942
                                    P.O. BOX 17933
                                    SAN DIEGO CA 92177-7921


INTERNAL REVENUE SERVICE            KATHLEEN M. PLUMMER                 KML LAW GROUP P.C.
PO BOX 7346                         121 PIUS ST.                        MELLON INDEPENDENCE CENTER SUITE 5000
PHILADELPHIA PA 19101-7346          PITTSBURGH PA 15203-1618            701 MARKET STREET
                                                                        PHILADELPHIA PA 19106-1541


PENNSYLVANIA DEPT. OF REVENUE       PEOPLES GAS COMPANY                 PITTSBURGH WATER & SEWAGE AUTHORITY
DEPARTMENT 280946                   P.O. BOX 644760                     1200 PENN AVENUE
P.O. BOX 280946                     PITTSBURGH PA 15264-4760            PITTSBURGH PA 15222-4216
ATTN: BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946


TOWD POINT MORTGAGE TRUSTEE 2016-4 ET   UPMC PHYSICIAN SERVICES
AL                                      PO BOX 1123
C/O SELECT PORTFOLIO SERVICING INC      MINNEAPOLIS MN 55440-1123
P.O. BOX 65250
SALT LAKE CITY UT 84165-0250
```