# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-20162-GLT |
| | : | |
| KATHLEEN M. PLUMMER | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Dkt. Nos. 106, 107 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
Motion to Dismiss with Prejudice

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Dismiss with Prejudice** filed on June 29, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the **Motion to Dismiss with Prejudice**, objections to the Motion were to be filed and served no later than July 18, 2022.

It is hereby respectfully requested that the Order filed in connection with the Trustee's **Motion to Dismiss with Prejudice** be entered by the Court.

Dated: July 19, 2022          By:    */s/Natalie Lutz Cardiello*
                                     Natalie Lutz Cardiello, Esquire
                                     PA I.D. #51296
                                     107 Huron Drive
                                     Carnegie, PA 15106
                                     ncardiello@cardiello-law.com
                                     (412) 276-4043