FILED
7/29/22 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-20162-GLT |
| | : | |
| **KATHLEEN M. PLUMMER**, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 106 |
| | : | |

## ORDER TO SHOW CAUSE DIRECTED TO KATHLEEN M. PLUMMER

This matter came before the Court following the *Trustee's Motion to Dismiss Case With Prejudice* [Dkt. No. 106].

**AND NOW**, this **29th** day of **July 2022**, it is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

(1)  An **Order to Show Cause** is issued against Kathleen M. Plummer to personally appear at a hearing scheduled on **August 9, 2022** at **2:30 p.m.** in Courtroom A, United States Bankruptcy Court for the Western District of Pennsylvania, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, to show cause as to why he should not be held in contempt and subject to sanction for failing to cooperate with the chapter 7 trustee.

(2)  Pursuant to this Court's inherent authority to enforce its Orders, as well as 11 U.S.C. § 105(a) which authorizes the issuance of any order necessary to carry out the provisions of the Bankruptcy Code, Kathleen M. Plummer will be deemed to be in contempt of Court upon her failure to comply with this order. If held in contempt, Kathleen M. Plummer may be subject to sanctions, including a daily monetary sanction of $50 for each day she remains in contempt of this Court's *Order to Show Cause*.

(3)  Any response to this Order shall be filed on or before August 5, 2022.

                                                              GREGORY L. TADDONIO   jah
                                                             UNITED STATES BANKRUPTCY JUDGE

<u>Court Administrator to Serve:</u>
Kathleen M. Plummer
Natalie Lutz Cardiello, Esq.

2