FILED
7/29/22 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-20162-GLT |
| | : | |
| **KATHLEEN M. PLUMMER**, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 106 |
| | : | |

### ORDER TO SHOW CAUSE DIRECTED TO KATHLEEN M. PLUMMER

This matter came before the Court following the *Trustee's Motion to Dismiss Case With Prejudice* [Dkt. No. 106].

**AND NOW**, this **29th** day of **July 2022**, it is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

(1) An **Order to Show Cause** is issued against Kathleen M. Plummer to personally appear at a hearing scheduled on **August 9, 2022** at **2:30 p.m.** in Courtroom A, United States Bankruptcy Court for the Western District of Pennsylvania, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, to show cause as to why he should not be held in contempt and subject to sanction for failing to cooperate with the chapter 7 trustee.

(2) Pursuant to this Court's inherent authority to enforce its Orders, as well as 11 U.S.C. § 105(a) which authorizes the issuance of any order necessary to carry out the provisions of the Bankruptcy Code, Kathleen M. Plummer will be deemed to be in contempt of Court upon her failure to comply with this order. If held in contempt, Kathleen M. Plummer may be subject to sanctions, including a daily monetary sanction of $50 for each day she remains in contempt of this Court's *Order to Show Cause*.

(3) Any response to this Order shall be filed on or before August 5, 2022.

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

<u>Court Administrator to Serve:</u>
Kathleen M. Plummer
Natalie Lutz Cardiello, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re: | Case No. 21-20162-GLT
Kathleen M. Plummer | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen M. Plummer, 121 Pius St., Pittsburgh, PA 15203-1618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

**Name**                **Email Address**

Bradley Joseph Osborne
on behalf of Creditor Towd Point Mortgage Trust 2016-4 U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Brian Nicholas
on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Karina Velter
on behalf of Creditor Towd Point Mortgage Trust 2016-4 U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Kenneth Steidl
on behalf of Debtor Kathleen M. Plummer julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jul 29, 2022 Form ID: pdf900 Total Noticed: 1

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 9