Case 21-20162-GLT    Doc 117    Filed 08/10/22    Entered 08/10/22 11:13:19    Desc Main
Document    Page 1 of 1

FILED
8/10/22 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 21-20162-GLT |
| | : | Chapter: 7 |
| Kathleen M. Plummer | : | |
| | : | |
| | : | Date: 8/9/2022 |
| *Debtor(s).* | : | Time: 02:30 |

# PROCEEDING MEMO

**MATTER:**
#106 Trustee's Motion to Dismiss Case for with Prejudice
    #111  CNO filed

#115 Rule To Show Cause Directed to Kathleen M. Plummer Why She Should Not be Held in Contempt
     [Response due 8/5/22]

**APPEARANCES**:
    Debtor:    Lauren Lamb, Kathleen Plummer
    Trustee:   Natalie Lutz Cardiello

**NOTES:** [3:09 p.m.]

Cardiello: Ms. Plummer never contacted my realtor. It's my understanding that the 18th Street property may be torn down.

Lamb: I can confirm that the property was demolished on August 1, 2022 by the city. Ms. Plummer believes there was inadequate notice of the condemnation.

Plummer: I apologize for not contacting the realtor.

Court: What made you believe that you were not required to contact the realtor?

Plummer: I thought I had more time.

Court: I don't understand how more straight forward I could be.

Plummer: If given another chance, I will call the realtor and try to sell the lot or the home I live in.

Court: What assurances can you provide me, in light of you not following through on any prior occasion?

Plummer: Just my word.

Court: Based on the failure to communicate with the trustee's realtor, I am going to find you in contempt. I will suspend that contempt finding for 3 business days, during which you are to contact Kevin Shaner immediately, and you are to provide him access to your properties. If you fail to comply, I am going to impose a monetary sanction of $50 per day from August 15 to August 19. I expect a status reports from the trustee by August 15 and August 22.

**OUTCOME:**

1. Kathleen Plummer is hereby held in contempt of Court. [Chambers to Issue].

2. The *Trustee's Motion to Dismiss Case for with Prejudice* [Dkt. No. 106] is continued to August 25, 2022 at 10:30 a.m. [Chambers to Issue].

**DATED:** 8/9/2022