# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-20162-GLT |
| | : | |
| KATHLEEN M. PLUMMER | : | Chapter 7 |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## Status Report

COMES NOW, Natalie Lutz Cardiello, Esquire, Chapter 7 Trustee in the above-styled case, and files the within Status Report in accordance with this Honorable Court's Order of August 10, 2022.

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on January 27, 2021, which case was converted to a case under Chapter 7 on February 23, 2022.

2. Natalie Lutz Cardiello was appointed as the Chapter 7 Trustee and has been so serving.

3. The §341(a) Meeting of Creditors was held and closed on April 11, 2022.

4. On August 12, 2022, the Debtor met with the Trustee's realtor, Kevin Shaner. Mr. Shaner viewed both the Debtor's property located at 121 Pius Street, Pittsburgh, PA 15203 and the now almost vacant lot located at 1938 18th Street, Pittsburgh, PA. Mr. Shaner also identified a vacant lot adjacent to the Pius Street Property which is also owned by the Debtor. The Trustee has no reason to believe that the Debtor intentionally concealed ownership of the lot as she disclosed same to Mr. Shaner.

5. Mr. Shaner is working on a valuation of the three parcels and will report back to the Trustee later this week.

6. The Trustee apologizes for the delay in filing this report as her notes from the August 9, 2022 hearing indicate that the report was due on August 15, 2022 and calendared it accordingly.

Dated: August 15, 2022                              Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043