# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-20162-GLT |
| | : | |
| KATHLEEN M. PLUMMER | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

## Status Report

COMES NOW, Natalie Lutz Cardiello, Esquire, Chapter 7 Trustee in the above-styled case, and files the within Status Report in accordance with this Honorable Court's Order of August 10, 2022 ("Order").

1. Pursuant to the Order, Ms. Plummer contacted the Trustee's broker and promptly provided him with access to her real estate.

2. With the cooperation of counsel for Debtor and Debtor, the Trustee has determined that there is likely no equity in the Debtor's real estate.

3. The Trustee appreciates the cooperation of both Debtor's counsel and the Debtor and will file a Report of no Distribution.

Dated: August 18, 2022                               Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043