**Form 319**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kathleen M. Plummer** | : | Case No. 21−20162−GLT |
| **fka Kathleen M. McFeaters** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

## ORDER

        In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

        In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

        ***AND NOW***, this ***The 9th of January, 2023***, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: January 9, 2023

cm: Debtor

                                            _____
                                            Gregory L. Taddonio, Chief Judge
                                            United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20162-GLT

Kathleen M. Plummer     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jan 09, 2023     Form ID: 319     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen M. Plummer, 121 Pius St., Pittsburgh, PA 15203-1618 |
| 15333262 | | Peoples Gas Company, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15333263 | + | Pittsburgh Water & Sewage Authority, 1200 Penn Avenue, Pittsburgh, PA 15222-4216 |
| 15333264 | + | Select Portfolio Servicing, c/o Stephen Hladik, Esq., Hladik Onorato & Federman, 298 Wissahickon Ave., North Wales, PA 19454-4156 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 10 2023 00:05:00 | Community Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 10 2023 00:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 10 2023 00:04:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15333260 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 10 2023 00:04:00 | Bayview Loan Servicing, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1839 |
| 15355900 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 10 2023 00:04:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15333261 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 10 2023 00:05:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15357413 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2023 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15357414 | ^ | MEBN | Jan 09 2023 23:59:15 | KML Law Group, P.C., Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15385453 | + | Email/Text: ebnpwsa@grblaw.com | Jan 10 2023 00:04:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15342246 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2023 00:05:00 | Towd Point Mortgage Trustee 2016-4, et al, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15346490 | ^ | MEBN | Jan 09 2023 23:58:42 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 11

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: 319 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2016-4, U.S. Bank Nation |
| 15357412 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1839 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Karina Velter | on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. kvelter@pincuslaw.com, ckohn@hoflawgroup.com |
| Kenneth Steidl | on behalf of Debtor Kathleen M. Plummer julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 9